ORIGINAL


**FILED**

08/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### PR 06-0544

---

IN RE PETITION OF TONYA DEE BUMBARGER
FOR REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

O R D E R

---

Tonya Dee Bumbarger has petitioned for reinstatement to active status in the State Bar of Montana. Bumbarger was placed on inactive and/or suspended status by the State Bar of Montana pursuant to Rules 3B2, 5, and 13 of the Rules for Continuing Legal Education (CLE), on or about July 2, 2024, as a result of noncompliance with CLE requirements. In accordance with Rule 13 of the CLE Rules, Bumbarger has provided a letter from the State Bar certifying that Bumbarger has now completed all CLE requirements "through the reporting year that ended March 31, 2024."

The Petition indicates Bumbarger is or has not been: 1) suspended, disbarred, or otherwise ineligible to practice of law in another jurisdiction and is not currently subject to disciplinary proceedings or pending disciplinary proceedings in another jurisdiction, 2) charged with a criminal offense, 3) accrued delinquent debt or filed for bankruptcy, 4) failed to fulfill the obligations of a public office or professional license, or 5) committed any violations of the Rules of Professional Conduct while on inactive and/or suspended status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Tonya Dee Bumbarger for reinstatement to active status in the State Bar of Montana is GRANTED.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 27 day of August, 2024.

_____
Chief Justice

**FILED**

AUG 27 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____

_____

_____
Justices